# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 495
:
APPOINTMENT TO THE CRIMINAL : CRIMINAL PROCEDURAL RULES
PROCEDURAL RULES COMMITTEE : DOCKET
:

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of October, 2017, Kristen M. Gibbons Feden, Esquire, Philadelphia, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring October 1, 2020.